UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

------------------------------------------------------------ x
MATS HAGQVIST

                Plaintiff,     :     13-CIV-60165

                                      :     Judge
      v.                                              Magistrate Judge

                                      :

SCANDI NAVIGATION LTD. and
OCEAN INVEST CORP.,                            :

                Defendants.                    :
------------------------------------------------------------ x

**VERIFIED COMPLAINT**

Plaintiff, Mats Hagqvist ("HAGQVIST" or "Plaintiff"), a foreign individual, by and through his attorneys, Tomaselli & Co., files this complaint against defendants Scandi Navigation Ltd. ("SCANDI"), and Ocean Invest Corp. ("OCEAN INVEST") (collectively, "Defendants"), and alleges on information and belief as follows:

1.     This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls under the this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333.

2.     At all times relevant hereto, HAGQVIST is and was an foreign individual and citizen of Sweden.

3.     At all times relevant hereto, SCANDI is and was a foreign business entity organized

13-CIV-60165

Page 2

under the laws of a foreign state.

4. At all times relevant hereto, OCEAN INVEST is and was a foreign business entity organized under the law of a foreign state.

5. SCANDI and OCEAN INVEST are alter-egos and are together subject to the total domination and control of Lars Johan Runarsson. The two entities co-mingle assets and business affairs and have no functionally distinct business existence aside from the furtherance of Mr. Runarsson's personal and financial interests. Neither entity has any employees. As such, it is fair and equitable for OCEAN INVEST to be held liable for the debts of SCANDI.

6. On or about August 20, 2010, Plaintiff HAGQVIST and Defendant SCANDI entered into a Marine Technical Services Supply Agreement ("Agreement").

7. Pursuant to the Agreement, HAGQVIST was to and did provide SCANDI with maritime technical services.

8. Pursuant to the Agreement, SCANDI was obligated to pay HAGQVIST the sum of $120,000 annually.

9. To date, SCANDI has made only a partial payment under the Agreement for services performed, and currently owes HAGQVIST in excess of $280,000 plus interest and costs.

13-CIV-60165

Page 3

10. HAGQVIST brings this action pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B"), seeking, *inter alia,* an order and writ of attachment of funds held in a bank account that are the property of Defendants within the District.

11. Quasi in rem jurisdiction over SCANDI and alter-ego Defendant OCEAN INVEST exists because Defendants' property is present in this judicial district.

12. Specifically, over the course of the last several years Defendants transferred significant sums to, inter alia, the bank account of non-party Lipsel Finance S.A. at Espirito Bank, Miami (the "Lipsel Account").

13. Lipsel, acted at times as a bailee of Defendants funds and continues to act as bailee of Defendant for funds currently held within Lipsel account at Espirito Bank.  In addition, Lipsel often acts as intermediary wherein it holds money of Defendants that Defendant has directly deposited in Lipsel's Espirito Bank account.

14. Lipsel has acted at times as a paying and/or receiving agent for Defendants, and the funds currently in the Lipsel account at Espirito Bank are held for Defendants' benefit, which interest is attachable in this maritime action.

15. Defendants' funds which were deposited directly by wire transfer into Lipsel's Espirito Bank account were never removed by Defendants from the Lipsel Espirito Account.

16. Presently, approximately $274,000 of Defendants' funds are currently held in the Lipsel Account.

17. The $274,000 attached are not Lipsel's funds, but in fact are Defendants' funds.

18. The funds currently reside in the Lipsel Account, which account is within this judicial district.

19. As previously noted, HAGQVIST seeks to attach the funds of Defendants held by Lipsel in Lipsel's account for the benefit of Defendants.

20. Defendants are not found within the Southern District of Florida as defined Local Admiralty Rule B(1).

WHEREFORE, Plaintiff prays that:

1. That a summons with process of maritime attachment and garnishment may issue against the Defendants SCANDI and OCEAN INVEST, and that if it cannot be found, that its debts, effects, monies, funds, credits and its accounts within the district may be attached in an amount sufficient to answer HAGQVIST's claim;

2. That Defendant SCANDI, and any other person claiming an interest therein, may be cited to appear and answer the matters aforesaid;

13-CIV-60165

Page 5

3. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

4. That judgment be entered against Defendant SCANDI in the amount of US$280,000.00; and,

5. This Court grant Plaintiff any and all other relief that it deems just and proper.

Dated: Fort Lauderdale, Florida
January 24, 2013

                          TOMASELLI & CO.

By: /s/ John J. Tomaselli
John J. Tomaselli (Fla. Bar No.: 872570)
1500 Cordova Road - Suite 202
Fort Lauderdale, Florida 33316-2190
Tel: (954) 761-8004
Fax: (954) 525-6626
e mail: tcolaw@att.net
Attorneys for Mats Hagqvist

13-CIV-60165

Page 6

## VERIFICATION

I am an attorney with the law firm of Tomaselli & Co., counsel for plaintiff, Mats HAGQVIST ("HAGQVIST"), in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and do believe the same to be true and correct to the best of my knowledge based on my review of information and documents provided by HAGQVIST to me. I make this declaration on behalf of, and with the authorization of, HAGQVIST because HAGQVIST is a foreign national not resident, present or available within this District.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of January, 2013.


/s/ John J Tomaselli
John J. Tomaselli
Florida Bar 872570